**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| 9900 COOLIDGE TRUST, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:15cv79 |
| | § | Chief Judge Clark/Judge Craven |
| OCWEN LOAN SERVICING, LLC, | § | |
| | § | |
| *Defendant.* | § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 5, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Judgment on the Pleadings [Doc. #8] be granted and that Plaintiff's above-entitled and numbered cause of action be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore

**ORDERED** Defendant's Motion for Judgment on the Pleadings [Doc. #8] is **GRANTED**.

It is further

>ORDERED Plaintiff's case is **DISMISSED with prejudice**.

>All relief not previously granted is **DENIED**.

>The Clerk is directed to **CLOSE** this civil action.

>So **ORDERED** and **SIGNED** this **26** day of **October, 2015.**

_____
Ron Clark, United States District Judge